# UNITED STATES DISTRICT COURT
for the
District of Arizona

In the Matter of the Search of:

Information associated with the TikTok account with username mothmanxog and display name ismoke&iknowthings2.5

Case No. 25-5309MB

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the <u>Central District of California</u>:

**As further described in Attachment A.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B.**

**YOU ARE COMMANDED** to execute this warrant on or before 7/10/25 *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>any United States Magistrate Judge on criminal duty in the District of Arizona</u>.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for _30_ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: June 26, 2025  2:37 pm
Judge's signature

City and state: <u>Phoenix, Arizona</u>   <u>Honorable Deborah M. Fine, U.S. Magistrate Judge</u>
*United States Magistrate Judge*

## ATTACHMENT A

### Place to Be Searched

This warrant applies to information associated with the TikTok account with username **mothmanxog**, and display name **ismoke&iknowthings2.5**, that is stored at premises owned, maintained, controlled, or operated by TikTok, Inc., 5800 Bristol Parkway, Suite 100, Culver City, CA 90230.

# ATTACHMENT B

## Particular Things to Be Seized

**I.  Information to Be Disclosed by TikTok**

To the extent that the information described in Attachment A is within the possession, custody, or control of TikTok, Inc., regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that has been deleted but is still available to TikTok, Inc., or has been preserved pursuant to a request made under 18 U.S.C. § 2307(f) (*see* reference number 17643186), TikTok, Inc. is required to disclose for the account or identifier listed in Attachment A, the following information from July 1, 2024 to present, unless otherwise indicated:

a. All identity and contact information, including full name, e-mail address, physical address (including city, state, and zip code), date of birth, phone numbers, gender, hometown, occupation, and other personal identifiers;

b. All past and current usernames associated with the account;

c. The dates and times at which the account and profile were created, and the Internet Protocol ("IP") address at the time of sign-up;

d. All activity logs including IP logs and other documents showing the IP address, date, and time of each login to the account, as well as any other log file information;

e. All information regarding the particular device or devices used to login to or access the account, including all device identifier information or cookie information, including all information about the particular device(s) used to access the account and the date and time of access;

f. All data and information associated with the profile page, including photographs, "bios," and profile backgrounds and themes;

g. All communications or other messages sent or received by the account;

h. All user content created, uploaded, or shared by the account, including any comments made by the account on photographs or other content;

i. All photographs, videos, and images in the user gallery for the account;

j. All location data associated with the account, including geotags;

k. All data and information that has been deleted by the user;

l. A list of all of the accounts the user follows on TikTok and all accounts who are following the user (i.e., the user's "following" list and "followers" list), as well as any friends of the user;

m. A list of all users that the account has "unfollowed" or blocked;

n. All privacy and account settings;

o. All records of TikTok searches performed by the account, including all past searches saved by the account;

p. All information about connections between the account and third-party websites and applications; and,

q. All records pertaining to communications between TikTok and any person regarding the user or the user's TikTok account, including contacts with support services, and all records of actions taken, including suspensions of the account.

TikTok, Inc. is hereby ordered to disclose the above information to the government within 14 days of issuance of this warrant.

**II. Information to Be Seized by the Government**

All information described above in Section I that constitutes evidence or instrumentalities of violations of 18 U.S.C. § 875(c), Interstate Communication of a Threat, those violations involving TIMOTHY MCGILL and occurring between July 1, 2024 and present, including, for the or the account or identifier listed in Attachment A, information pertaining to the following matters:

a. Evidence of threatening statements transmitted using the TikTok account;

3

b. Evidence of the TikTok account owner or user's purpose or intent in transmitting threatening statements;

c. Evidence indicating the TikTok account owner or user's state of mind as it relates to the crime under investigation;

d. Evidence indicating how and when the TikTok account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the TikTok account owner or user;

e. Records relating to who created and used the TikTok account, including records about their identities and whereabouts;

f. The identity of person(s) who communicated with, or received communications from, the TikTok account about matters related to threatening statements (such as the recipients of threatening statements), including records that help reveal their whereabouts; and,

g. Records relating to the identification of other TikTok accounts created by the same creator or owner of the TikTok account listed in Attachment A.

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence and instrumentalities described in this warrant. The review

4

of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 25-5309mB | Date and time warrant executed: 6/26/2025 | Copy of warrant and inventory left with: online portal |
| Inventory made in the presence of: NA | | |
| Inventory of the property taken and name of any person(s) seized: via the online portal at law-enforcement-tiktok-uscan.zendesk.com | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/26/25

*Executing officer's signature*

SA Holly Schmitt
*Printed name and title*